UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUCKEYE TREE LODGE AND SEQUOIA VILLAGE INN, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>EXPEDIA, INC., et al.,<br><br>  Defendants. | Case No. 16-cv-04721-VC<br><br>**ORDER ON MOTION TO DISMISS**<br><br>Re: Dkt. No. 35 |

For the reasons stated on the record at the hearing on January 12, 2017, the claims for intentional and negligent interference with prospective economic advantage are dismissed with leave to amend.  The plaintiff must file any amended complaint by January 26, 2017.

**IT IS SO ORDERED.**

Dated: January 12, 2017

VINCE CHHABRIA
United States District Judge