UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUCKEYE TREE LODGE AND SEQUOIA VILLAGE INN, LLC, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>EXPEDIA, INC., et al.,<br><br>        Defendants. | Case No. 16-cv-04721-VC<br><br>**ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>Re: Dkt. No. 69 |

      In light of the defendants' statement of non-opposition (Dkt. No. 70), the motion for leave to amend the complaint is granted.

      **IT IS SO ORDERED.**

Dated: July 14, 2017

VINCE CHHABRIA
United States District Judge