**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BUCKEYE TREE LODGE AND SEQUOIA VILLAGE INN, LLC, a California limited liability company, 2020 O STREET CORPORATION, INC, D/B/A THE MANSION ON O STREET, PROSPECT HISTORIC HOTEL, and SHILOH MORNING INN, LLC, a Oklahoma limited liability company, individually and on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>EXPEDIA, INC., a Washington corporation; HOTELS.COM, L.P., a Texas limited partnership; HOTELS.COM GP, LLC, a Texas limited liability company; ORBITZ, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No. 3:16-cv-04721-VC<br><br>**CLASS ACTION**<br><br>~~[PROPOSED]~~ **ORDER GRANTING *RENEWED* ADMINISTRATIVE MOTION TO EXCUSE PLAINTIFF PROSPECT HISTORIC HOTEL FROM PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE**<br><br>Date:  July 26, 2019<br>Time:  12:00 p.m. |

Plaintiffs' *Renewed* Administrative Motion requesting that Plaintiff Prospect Historic Hotel be excused from personally attending the Settlement Conference scheduled for July 26, 2019 is **GRANTED**.

**IT IS SO ORDERED.**

DATED: 7/23/19

*Kandis Westmore*
Honorable Kandis A. Westmore
United States Magistrate Judge