UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUCKEYE TREE LODGE AND SEQUOIA VILLAGE INN, LLC, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EXPEDIA, INC., et al.,<br><br>    Defendants. | Case No. 16-cv-04721-VC<br><br>**ORDER VACATING HEARING ON MOTION TO STRIKE**<br><br>Re: Dkt. 125 |

The hearing scheduled for January 23, 2020 on the Motion to Strike is vacated. The Court will issue a written ruling.

**IT IS SO ORDERED.**

Dated: January 21, 2020

VINCE CHHABRIA
United States District Judge