1
2
3
4
5
6
7

8                               UNITED STATES DISTRICT COURT

9                            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  | BUCKEYE TREE LODGE AND SEQUOIA      | Case No. 3:16-cv-04721-VC
12  | VILLAGE INN, LLC, a California limited liability company, 2020 O STREET |
    | CORPORATION, INC, D/B/A THE MANSION | **CLASS ACTION**
13  | ON O STREET, PROSPECT HISTORIC      |
    | HOTEL, and SHILOH MORNING INN, LLC, a | **[PROPOSED] ORDER GRANTING**
14  | Oklahoma limited liability company, | **STIPULATION TO MODIFY DEADLINES AND**
    | individually and on behalf of themselves and all | **SETTING PRETRIAL SCHEDULE**
15  | others similarly situated,          |
                                          | AS AMENDED
16        Plaintiffs,

17  vs.

18
    EXPEDIA, INC., a Washington corporation;
19  HOTELS.COM, L.P., a Texas limited
    partnership; HOTELS.COM GP, LLC, a Texas
20  limited liability company; ORBITZ, LLC, a
    Delaware limited liability company,
21
          Defendants.
22

23
24
25
26
27
28

1  The Parties' Stipulation to Modify Deadlines and Set Pretrial Schedule is **GRANTED**. The Court
2  sets the following pretrial schedule:                                                **AS AMENDED**

| Event | Proposed Date | Authority |
|---|---|---|
| Deadline to complete depositions of two new Expedia witnesses | December 23, 2020 | |
| Deadline to make Rule 26(a)(3) disclosures | January 15, 2021 | 45 days before Pretrial Conference (Fed. R. Civ. P. 26(a)(3), 26(e)(1)(B)) |
| Meet and confer regarding pretrial conference | February 1, 2021 | 28 Days Before Pretrial Conference (Trial Order ¶ 1) |
| Serve motions in limine | February 8, 2021 | 21 Days Before Pretrial Conference (Trial Order ¶¶ 3, 6, 54) |
| Serve oppositions to motions in limine | February 15, 2021 | 14 Days Before Pretrial Conference (Trial Order ¶¶ 3, 6, 54) |
| File joint pretrial conference statement, motions in limine and oppositions to motions in limine, trial briefs, proposed findings of fact and conclusions of law, and exhibit list | February 22, 2021 | 7 Days Before Pretrial Conference (Trial Order ¶¶ 2, 6, 18, 54) |
| Arrangement of daily transcript or real-time reporting | February 22, 2021 | 14 Days Before Trial (Trial Order) |
| Contact Kristen Melen regarding courtroom technology | February 26, 2021 | 10 Days Before Trial (Trial Order ¶ 43) |
| Joint filing of all designations of deposition testimony | March 1, 2021 | 7 Days Before Trial (Trial Order ¶ 39) |
| Pretrial Conference | March 1, 2021 at 10:00 a.m. | 7 Days Before Trial (ECF No. 236) |
| Submit jointly-created list of names, places, and terms for Court Reporter | March 3, 2021 | 5 Days Before Trial (Trial Order ¶ 42) |
| Deliver original trial exhibit set and thumb drive of exhibits | March 3, 2021 | 5 Days Before Trial (Trial Order ¶ 30) |
| Trial Begins | March 8, 2021 at 8:30 a.m. | |
| Submit joint binder of exhibits admitted into evidence | TBD | 7 Days After Ruling on Admissibility of Trial Exhibits (Trial Order ¶ 57) |
| Submit revised proposed findings of fact and conclusions of law | TBD    **7 Days** | ~~14 Days~~ After Trial Ends (Trial Order ¶ 56) |

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  DATED: November 2, 2020



_____
The H[onorable]
UNITED [STATES DISTRICT] JUDGE