James R. Patterson, CA State Bar No. 211102
Jennifer M. French, CA State Bar No. 265422
PATTERSON LAW GROUP APC
1350 Columbia Street, Suite 603
San Diego, CA 92101
Telephone:  (619) 756-6990
Facsimile:  (619) 756-6991
jim@pattersonlawgroup.com
jenn@pattersonlawgroup.com

*Attorneys for Plaintiffs and the Class*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUCKEYE TREE LODGE AND SEQUOIA VILLAGE INN, LLC, a California limited liability company, 2020 O STREET CORPORATION, INC, D/B/A THE MANSION ON O STREET, PROSPECT HISTORIC HOTEL, and SHILOH MORNING INN, LLC, a Oklahoma limited liability company, individually and on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>EXPEDIA, INC., a Washington corporation; HOTELS.COM, L.P., a Texas limited partnership; HOTELS.COM GP, LLC, a Texas limited liability company; ORBITZ, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No. 3:16-cv-04721-VC<br><br>**CLASS ACTION**<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT, STIPULATION TO MODIFY DEADLINE, AND [**~~PROPOSED~~**] ORDER** |

Plaintiffs Buckeye Tree Lodge and Sequoia Village Inn, LLC, 2020 O Street Corporation, Inc. D/B/A The Mansion on O Street, Prospect Historic Hotel, and Shiloh Morning Inn, LLC and Defendants Expedia, Inc., Orbitz, LLC, Hotels.com, L.P., and Hotels.com GP, LLC, and Venere Net S.r.L. (collectively, "Expedia") respectfully submit this Joint Statement in advance of the Case Management Conference scheduled on January 26, 2021, at 2:00 p.m. The Parties have met and conferred under Civil Local Rule 16-9(d) and the Court's Civil Trial Standing Order ("Trial Order"), and provide the following information per the Court's instructions (ECF No. 239):

1. On December 3, 2020, the Parties attended a second mediation with Judge Infante and reached an agreement in principle on December 4, 2020. The Parties are preparing a formal settlement agreement.

2. In light of the settlement, the Parties seek relief from the January 15, 2021 deadline to make pre-trial disclosures under Federal Rule of Civil Procedure 26(a)(3).

3. The Parties anticipate finalizing the agreement before the Further Case Management Conference scheduled on January 26, 2021 and will promptly notify the Court as soon as the process is complete.

**IT IS SO AGREED UPON AND STIPULATED**.

Dated: January 19, 2021

PATTERSON LAW GROUP, APC
CUNEO GILBERT & LaDUCA, LLP

By:  */s/ Jennifer M. French*_____

*Attorneys for Plaintiffs and the Class*

Dated: January 19, 2021

COVINGTON & BURLING LLP

By:  */s/ Simon Frankel*_____

*Attorneys for Defendants*

**ATTESTATION**

I, Jennifer M. French, hereby attest under Civil Local Rule 5-1(i)(3), that I have received authorization to electronically sign and file this document from each of the persons identified in the signature block.

Dated: January 19, 2021                               By:   */s/ Jennifer M. French*

**[PROPOSED] ORDER**

The Parties' Stipulation to Modify Deadline is **GRANTED**.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  January 19, 2021

