# Exhibit 2

# PATTERSON LAW GROUP, APC

Lodestar Calculation

*Buckeye Tree Lodge, et al. v. Expedia, Inc., et al.*

From inception through February 23, 2021

|   | General Description | Hours | Rate | Lodestar |
|---|---|---|---|---|
| 1. | **Pre-Filing Investigation and Tasks:** Conduct client and witness meetings and interviews; perform legal research and analysis of claims; review clients' documents; research defendants' practices; perform searches and screen captures of defendants' practices; draft complaint | 22.7<br>18.8<br>38.6 | $895 (AHG)[1]<br>$895 (JRP)<br>$750 (EAM) | $20,316.50<br>$16,826.00<br>$28,950.00 |
| 2. | **Pleadings and Legal Research:** Oppose two motions to dismiss; draft motion to strike answer; draft motion to intervene; draft amended and consolidated complaints; legal research and analysis of claims and elements of proof | 78.3<br>30.4<br>78.8<br>10.7<br>167 | $895 (AHG)<br>$895 (JRP)<br>$695 (JMF)<br>$750 (EAM)<br>$450 (JQ) | $70,078.50<br>$27,208.00<br>$54,766.00<br>$8,025.00<br>$75,150.00 |
| 3. | **Discovery:** Propound and respond to written discovery, including document requests, interrogatories, requests for admissions, and deposition notices as to all defendants; prepare witnesses for depositions; defend depositions; review and analyze documents; take depositions of multiple defense witnesses and third party; serve and respond to subpoenas to third parties; meet and confer regarding discovery; move to compel further responses | 525.9<br>105.7<br>15.7<br>9.1<br>233.7 | $895 (AHG)<br>$895 (JRP)<br>$695 (JMF)<br>$750 (EAM)<br>$450 (JQ) | $470,680.50<br>$94,601.50<br>$10,911.50<br>$6,825.00<br>$105,165.00 |

---

[1] AHG = Allison H. Goddard; JRP = James R. Patterson; JMF – Jennifer M. French; EAM = Elizabeth A. Mitchell; JQ = Jacquelyn Quinn

|   | General Description | Hours | Rate | Lodestar |
|---|---|---|---|---|
| 4. | *Motion for Class Certification:* Draft motion for class certification and supporting documents; argue motion at hearing | 226.7 | $895 (AHG) | $202,896.50 |
|   |   | 32.9 | $895 (JRP) | $29,445.50 |
|   |   | 77.6 | $450 (JQ) | $34,920.00 |
| 5. | *Renewed Motion for Class Certification*: Draft renewed motion for class certification and supporting documents; argue motion at hearing | 122.5 | $895 (AHG) | $109,637.50 |
|   |   | 28.5 | $895 (JRP) | $25,507.50 |
|   |   | 9.0 | $450 (JQ) | $4,050.00 |
| 6. | *Investigation of Expedia's Practices and Correspondence with Class Members:* Conducted multiple internet searches to assess Expedia's practices and identify hotel properties that were incorrectly listed on Expedia websites; interviewed class members regarding relationship with Expedia and appearance on Expedia websites | 38 | $895 (AHG) | $34,010.00 |
|   |   | 23.2 | $895 (JRP) | $20,764.00 |
|   |   | 10.4 | $750 (EAM) | $7,800.00 |
|   |   | 34.5 | $450 (JQ) | $15,525.00 |
| 7. | *Expert Witnesses:* Research and interview potential experts; work with expert to develop analyses and reports; prepare for, travel to and from, and defend expert depositions; take depositions of opposing experts | 163.9 | $895 (AHG) | $146,690.50 |
|   |   | 63.5 | $895 (JRP) | $56,832.50 |
|   |   | 29.2 | $695 (JMF) | $20,294.00 |
|   |   | 5.2 | $450 (JQ) | $2,340.00 |
| 8. | *Mediation and Settlement Negotiations:* Participate in Court-ordered ADR program, including travel to San Francisco for mediation; participate in ongoing settlement negotiations and strategies; prepare for and attend mediations with private mediator at JAMS; prepare for and attend further Court-ordered settlement conference | 143.1 | $895 (AHG) | $128,074.50 |
|   |   | 102.8 | $895 (JRP) | $92,006.00 |
|   |   | 20.5 | $695 (JMF) | $14,247.50 |
|   |   | 3.0 | $750 (EAM) | $2,250.00 |
|   |   | 3.5 | $450 (JQ) | $1,575.00 |

|  | General Description | Hours | Rate | Lodestar |
|---|---|---|---|---|
| 9. | *General Case Management Issues:* Meet and confer with co-counsel and opposing counsel over various case management and scheduling issues; conference calls; prepare case management statements and stipulations re extensions; attend case management hearings; develop case strategy | 66.4<br>52.5<br>18.8<br>19.4<br>8.2 | $895 (AHG)<br>$895 (JRP)<br>$695 (JMF)<br>$750 (EAM)<br>$450 (JQ) | $59,428.00<br>$46,987.50<br>$13,066.00<br>$14,550.00<br>$3,690.00 |
| 10. | *Settlement Agreement:* Negotiated terms; legal research and drafted settlement agreement and supporting documents; conferred with clients; post mediation conferences with mediator and defense counsel | 3.5 | $695 (JMF) | $2,432.50 |
| 11. | *Motions for Approval:* researched and drafted motion for approval; drafted declarations and other documents in support of motion for approval; prepared for hearing for final approval | 19.2 | $695 (JMF) | $13,344.00 |
|  | AHG TOTAL<br>JRP TOTAL<br>JMF TOTAL<br>EAM TOTAL<br>JQ TOTAL<br><br>**TOTAL FEE LODESTAR** | 1,387.5<br>458.3<br>185.7<br>91.2<br>538.7<br><br>2,661.4 | $895<br>$895<br>$695<br>$750<br>$450 | $1,241,812.50<br>$410,178.50<br>$129,061.50<br>$68,400.00<br>$242,415.00<br><br>**$2,091,867.50** |