Exhibit 3

# EXHIBIT B

# LEGAL BILLING REPORT

By Rebecca By Finn

Volume 17, Number 3
December 2015



THOMSON REUTERS

## California Region

**Firm: Snell & Wilmer**
Firm Size: 419   Firm Rank: 104

Court Name: Arizona
Case Name: Xhibit Corp., et al,.
Case Number: 2:15-bk-00679-BKM

For fee applications
1/22/2015 through 9/11/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Eric S. Pezold | Partner | CA | 2004 | 2004 | $520 | 0.10 | $52.00 |
| | | | | | Total: | 0.10 | $52.00 |

**Firm: Klee, Tuchin, Bogdanoff & Stern, LLP**
Firm Size: 19   Firm Rank: 0

Court Name: California Central
Case Name: State Fish Co..Inc
Case Number: 2:15-bk-11084-SK

For fee applications
6/1/2015 through 9/30/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Kenneth Klee | Partner | CA | 1974 | 1975 | $1,300 | 0.20 | $260.00 |
| David Stern | Partner | CA | 1975 | 1975 | $1,080 | 189.50 | $204,660.00 |
| Michael Tuchin | Partner | CA | 1990 | 1990 | $1,080 | 137.10 | $148,068.00 |
| Maria Sountas Argiropoulos | Partner | CA | 2006 | 2006 | $675 | 25.20 | $17,010.00 |
| Colleen M. Keating | Counsel | CA | 2008 | 2008 | $650 | 111.20 | $72,280.00 |
| Jonathan M. Weiss | Associate | CA | 2012 | 2012 | $475 | 525.00 | $249,375.00 |
| Kathryn T. Zwicker | Associate | CA | 1986 | 1986 | $440 | 9.50 | $4,180.00 |
| Sasha M. Gurvitz | Associate | CA | 2014 | 2014 | $395 | 40.80 | $16,116.00 |
| | | | | | Total: | 1038.50 | $711,949.00 |

**Firm: Bracewell & Giuliani LLP**
Firm Size: 422   Firm Rank: 103

Court Name: Delaware
Case Name: Optim Energy, LLC, et al,
Case Number: 14-10262 (BLS)

For fee applications
2/12/2014 through 10/15/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Joe R. Hull | Partner | CA | 1969 | 1969 | $790 | 0.60 | $474.00 |
| | | | | | Total: | 0.60 | $474.00 |

**Firm: Brown Rudnick LLP**
Firm Size: 184   Firm Rank: 211

Court Name: Delaware
Case Name: Corinthian Colleges Inc.
Case Number: 15-10952 (KJC)

For fee applications
5/4/2015 through 9/21/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Ronald Rus | Partner | CA | 1975 | 1975 | $880 | 1.50 | $1,320.00 |
| Lauren E. Curry | Partner | CA | 2010 | 2010 | $730 | 78.90 | $57,597.00 |
| | | | | | Total: | 80.40 | $58,917.00 |

## California Region

**Firm: Cooley LLP**
Firm Size: 613    Firm Rank 63

Court Name: Delaware
Case Name: RS Legacy Corporation
Case Number: 15-10197 (BLS)

For fee applications
6/1/2015 through 10/7/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Seth A. Rafkin | Partner | CA | 1998 | 1998 | $810 | 0.50 | $405.00 |
| Janet D. Gertz | Associate | CA | 2004 | 2004 | $755 | 14.60 | $11,023.00 |
| Shannon L. Sorrells | Associate | CA | 2011 | 2011 | $595 | 2.80 | $1,666.00 |
|  |  |  |  |  | Total: | 17.90 | $13,094.00 |

**Firm: Gibson Dunn & Crutcher, LLP**
Firm Size: 1039    Firm Rank 21

Court Name: Delaware
Case Name: ENERGY FUTURE HOLDINGS CORP
Case Number: 14-10979 (CSS)

For fee applications
8/1/2015 through 8/31/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Matthew Bouslog | Associate | CA | 2011 | 2011 | $625 | 5.10 | $3,187.50 |
|  |  |  |  |  | Total: | 5.10 | $3,187.50 |

**Firm: Kirkland & Ellis LLP**
Firm Size: 1442    Firm Rank 13

Court Name: Delaware
Case Name: ENERGY FUTURE HOLDINGS CORP
Case Number: 14-10979 (CSS)

For fee applications
8/1/2015 through 8/31/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Mike Beinus | Partner | CA | 1999 | 1999 | $1,220 | 3.10 | $3,782.00 |
| Mark E. McKane | Partner | CA | 1997 | 1997 | $1,025 | 198.50 | $203,462.50 |
| Christopher Keegan | Partner | CA | 2002 | 2002 | $855 | 75.50 | $64,552.50 |
| Michael Esser | Associate | CA | 2009 | 2009 | $825 | 213.40 | $176,055.00 |
| Alexander Davis | Associate | CA | 2012 | 2012 | $710 | 192.60 | $136,746.00 |
| Justin Sowa | Associate | CA | 2013 | 2013 | $710 | 199.70 | $141,787.00 |
| Austin Klar | Associate | CA | 2013 | 2013 | $635 | 35.00 | $22,225.00 |
| Sarah Stock | Associate | CA | 2013 | 2013 | $635 | 121.60 | $77,216.00 |
| Anna Terteryan | Associate | CA | 2014 | 2014 | $555 | 241.80 | $134,199.00 |
| James Barolo | Associate | CA | 2014 | 2014 | $555 | 108.60 | $60,273.00 |
| Kevin Chang | Associate | CA | 2014 | 2014 | $555 | 170.80 | $94,794.00 |
|  |  |  |  |  | Total: | 1560.60 | $1,115,092.00 |

## California Region

**Firm** Klee, Tuchin, Bogdanoff & Stern, LLP
Firm Size: 19   Firm Rank 0

Court Name: Delaware
Case Name: SEAL123, INC., et al.
Case Number: 15-10081 (CSS)

For fee applications
7/1/2015 through 11/30/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Lee Bogdanoff | Partner | CA | 1985 | 1985 | $1,080 | 7.30 | $7,884.00 |
| Michael Tuchin | Partner | CA | 1990 | 1990 | $1,080 | 37.10 | $40,068.00 |
| David Fidler | Partner | CA | 1997 | 1998 | $850 | 12.70 | $10,795.00 |
| Robert J. Pfister | Partner | CA | 2001 | 2001 | $795 | 0.20 | $159.00 |
| David M. Guess | Partner | CA | 2005 | 2005 | $695 | 67.30 | $46,773.50 |
| Maria Sountas Argiropoulos | Partner | CA | 2006 | 2006 | $675 | 1.70 | $1,147.50 |
| Justin D. Yi | Partner | CA | 2009 | 2009 | $625 | 0.80 | $500.00 |
| Jonathan M. Weiss | Associate | CA | 2012 | 2012 | $475 | 34.70 | $16,482.50 |
| Kathryn T. Zwicker | Associate | CA | 1986 | 1986 | $440 | 12.40 | $5,456.00 |
| | | | | | Total: | 174.20 | $129,265.50 |

**Firm** Morrison & Foerster LLP
Firm Size: 1025   Firm Rank 22

Court Name: Delaware
Case Name: ENERGY FUTURE HOLDINGS CORP
Case Number: 14-10979 (CSS)

For fee applications
8/1/2015 through 8/31/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Clara Lim | Associate | CA | 2012 | 2012 | $635 | 39.80 | $25,273.00 |
| Chika Arakawa | Associate | CA | 2013 | 2013 | $495 | 8.30 | $4,108.50 |
| | | | | | Total: | 48.10 | $29,381.50 |

## California Region

**Firm** Munger Tolles & Olson LLC
Firm Size: 181  Firm Rank 216

Court Name: Delaware
Case Name: ENERGY FUTURE HOLDINGS CORP
Case Number: 14-10979 (CSS)

For fee applications
8/1/2015 through 8/31/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| John W. Spiegel | Partner | CA | 1977 | 1977 | $1,065 | 36.30 | $38,659.50 |
| Thomas B. Walper | Partner | CA | 1980 | 1980 | $1,065 | 184.05 | $196,013.25 |
| Stephen D. Rose | Partner | CA | 1991 | 1991 | $960 | 29.20 | $28,032.00 |
| Todd J. Rosen | Partner | CA | 1999 | 1999 | $875 | 53.20 | $46,550.00 |
| Jay M. Fujitani | Partner | CA | 1984 | 1984 | $830 | 92.50 | $76,775.00 |
| Kevin S. Allred | Partner | CA | 1986 | 1986 | $830 | 94.50 | $78,435.00 |
| Seth Goldman | Partner | CA | 2002 | 2002 | $750 | 154.70 | $116,025.00 |
| Bradley R. Schneider | Of Counsel | CA | 2004 | 2004 | $680 | 115.10 | $78,268.00 |
| Emily A. Bussigel | Associate | CA | 2010 | 2010 | $635 | 184.80 | $117,348.00 |
| Sam Greenberg | Associate | CA | 2010 | 2010 | $615 | 61.70 | $37,945.50 |
| Alex D. Terepka | Associate | CA | 2012 | 2012 | $510 | 89.40 | $45,594.00 |
| Andrea M. Weintraub | Associate | CA | 2013 | 2013 | $510 | 68.30 | $34,833.00 |
| Sara N. Taylor | Associate | CA | 2012 | 2012 | $510 | 70.40 | $35,904.00 |
| Peter E. Boos | Associate | CA | 2014 | 2014 | $395 | 11.40 | $4,503.00 |
| | | | | | Total: | 1245.55 | $934,885.25 |

**Firm** O'Melveny & Myers LLP
Firm Size: 1193  Firm Rank 16

Court Name: Delaware
Case Name: Colt Holding Company
Case Number: 15-11296 (LSS)

For fee applications
8/1/2015 through 9/30/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| John-Paul Motley | Partner | CA | 1999 | 1999 | $930 | 6.70 | $6,231.00 |
| Sarah Hoffner | Counsel | CA | 2004 | 2004 | $755 | 11.20 | $8,456.00 |
| Jeeho Lee | Counsel | CA | 2007 | 2007 | $745 | 5.00 | $3,725.00 |
| Joannah Caneda | Associate | CA | 2015 | 2015 | $460 | 4.90 | $2,254.00 |
| Christopher Martin | Associate | CA | 2014 | 2014 | $415 | 1.20 | $498.00 |
| Joseph Zujkowski | Counsel | CA | 2008 | 2008 | $390 | 183.60 | $71,604.00 |
| | | | | | Total: | 212.60 | $92,768.00 |

Case 8:12-cv-01072-CJC-JCG   Document 402-2   Filed 06/10/16   Page 7 of 16   Page ID #:19381

## California Region

**Firm** Pachulski Stang Ziehl Young Jones & Wei  
Firm Size: 55    Firm Rank 0

Court Name: Delaware  
Case Name: DDMG Estate  
Case Number: 12-12568(BLS)

For fee applications  
8/1/2015 through 8/31/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Debra I. Grassgreen | Partner | CA | 1991 | 1994 | $925 | 1.30 | $1,202.50 |
| William Ramseyer | Of Counsel | CA | 1980 | 1980 | $650 | 1.10 | $715.00 |
|  |  |  |  |  | Total: | 2.40 | $1,917.50 |

**Firm** Pachulski Stang Ziehl Young Jones & Wei  
Firm Size: 55    Firm Rank 0

Court Name: Delaware  
Case Name: ICL Holdings Company, INC  
Case Number: 12-13319

For fee applications  
6/1/2015 through 8/31/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| William L. Ramseyer | Of Counsel | CA | 1980 | 1980 | $650 | 7.60 | $4,940.00 |
|  |  |  |  |  | Total: | 7.60 | $4,940.00 |

**Firm** Pachulski Stang Ziehl Young Jones & Wei  
Firm Size: 55    Firm Rank 0

Court Name: Delaware  
Case Name: NE OPCO Inc  
Case Number: 1:13-BK-11483

For fee applications  
8/1/2015 through 9/30/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Andrew W. Caine | Partner | CA | 1983 | 1983 | $925 | 0.20 | $185.00 |
| William L. Ramseyer | Of Counsel | CA | 1980 | 1980 | $650 | 1.30 | $845.00 |
| William Ramseyer | Of Counsel | CA | 1980 | 1980 | $650 | 2.10 | $1,365.00 |
|  |  |  |  |  | Total: | 3.60 | $2,395.00 |

**Firm** Pachulski Stang Ziehl Young Jones & Wei  
Firm Size: 55    Firm Rank 0

Court Name: Delaware  
Case Name: SEAL123, INC., et al.  
Case Number: 15-10081 (CSS)

For fee applications  
7/1/2015 through 11/30/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Andrew W. Caine | Of Counsel | CA | 1983 | 1983 | $925 | 0.40 | $370.00 |
| Jeffrey Pomerantz | Partner | CA | 1989 | 1989 | $895 | 0.90 | $805.50 |
| Shirley S. Cho | Of Counsel | CA | 1997 | 1997 | $750 | 13.10 | $9,825.00 |
|  |  |  |  |  | Total: | 14.40 | $11,000.50 |

## California Region

**Firm** Pachulski Stang Ziehl Young Jones & Wei  
Firm Size: 55   Firm Rank 0

Court Name: Delaware  
Case Name: SS Body Armor I, INC  
Case Number: 10-11255-(PJW)

For fee applications  
9/1/2014 through 9/30/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Alan J. Kornfeld | Partner | CA | 1987 | 1987 | $925 | 8.90 | $8,232.50 |
| Andrew Caine | Of Counsel | CA | 1983 | 1983 | $895 | 0.20 | $179.00 |
| David J. Barton | Partner | CA | 1981 | 1981 | $850 | 0.30 | $255.00 |
| David M. Bertenthal | Partner | CA | 1989 | 1993 | $850 | 10.00 | $8,500.00 |
| Maxim B. Litvak | Partner | CA | 2001 | 2001 | $775 | 1.70 | $1,317.50 |
| Joshua M. Fried | Partner | CA | 2006 | 2006 | $725 | 2.80 | $2,030.00 |
| Jonathan Kim | Of Counsel | CA | 1995 | 1995 | $665 | 0.80 | $532.00 |
| Elissa Wagner | Of Counsel | CA | 2000 | 2001 | $625 | 46.60 | $29,125.00 |
| William Ramseyer | Of Counsel | CA | 1980 | 1980 | $625 | 2.40 | $1,500.00 |
|  |  |  |  |  | **Total:** | **73.70** | **$51,671.00** |

**Firm** Paul Hastings LLP  
Firm Size: 881   Firm Rank 30

Court Name: Delaware  
Case Name: Molycorp, Inc  
Case Number: 15-11357 (CSS)

For fee applications  
8/1/2015 through 9/30/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Leslie A. Plaskon | Partner | CA | 1988 | 1988 | $1,150 | 111.10 | $127,765.00 |
| Peter Burke | Partner | CA | 1996 | 1996 | $975 | 3.90 | $3,802.50 |
| Daniel C. Tola | Associate | CA | 2013 | 2013 | $550 | 20.50 | $11,275.00 |
| Kevin Kraft | Associate | CA | 2014 | 2014 | $495 | 4.80 | $2,376.00 |
|  |  |  |  |  | **Total:** | **140.30** | **$145,218.50** |

**Firm** Paul Hastings LLP  
Firm Size: 881   Firm Rank 30

Court Name: Delaware  
Case Name: SEAL123, INC., et al.  
Case Number: 15-10081 (CSS)

For fee applications  
7/1/2015 through 11/30/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Nancy L. Abell | Partner | CA | 1979 | 1979 | $995 | 0.90 | $895.50 |
| Stephen D. Cooke | Partner | CA | 1985 | 1985 | $973 | 0.30 | $292.13 |
|  |  |  |  |  | **Total:** | **1.20** | **$1,187.63** |

## California Region

**Firm** Quinn Emanuel Urquhart & Sullivan, LLP

Firm Size: 647   Firm Rank 58

Court Name: Delaware
Case Name: RS Legacy Corporation
Case Number: 15-10197 (BLS)

For fee applications
6/1/2015 through 10/7/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Benjamin Finestone | Partner | CA | 2004 | 2005 | $840 | 11.20 | $9,408.00 |
| Katherine Scherling | Associate | CA | 2008 | 2010 | $735 | 211.50 | $155,452.50 |
| Randa Osman | Partner | CA | 1990 | 1990 | $695 | 47.20 | $32,804.00 |
| | | | | | Total: | 269.90 | $197,664.50 |

**Firm** Robins Kaplan LLP

Firm Size: 250   Firm Rank 0

Court Name: Delaware
Case Name: Corinthian Colleges Inc
Case Number: 15-10952 (KJC)

For fee applications
5/4/2015 through 9/21/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Roman M. Silberfeld | Partner | CA | 1995 | 1995 | $810 | 5.70 | $4,617.00 |
| Howard Weg | Partner | CA | 2014 | 2014 | $795 | 60.30 | $47,938.50 |
| David B. Shemano | Partner | CA | 2014 | 2014 | $675 | 17.00 | $11,475.00 |
| Scott F. Gautier | Partner | CA | 2014 | 2014 | $675 | 452.00 | $305,100.00 |
| James P. Menton, Jr. | Partner | CA | 2014 | 2014 | $650 | 17.40 | $11,310.00 |
| Cynthia C. Hernandez | Associate | CA | 2009 | 2009 | $470 | 397.90 | $187,013.00 |
| Lorie A. Ball | Associate | CA | 2014 | 2014 | $450 | 568.10 | $255,645.00 |
| Amy Churan | Partner | CA | 2001 | 2001 | $420 | 18.10 | $7,602.00 |
| | | | | | Total: | 1536.50 | $830,700.50 |

**Firm** Torys LLP

Firm Size: 236   Firm Rank 0

Court Name: Delaware
Case Name: Nortel Networks Inc.
Case Number: 09-10138

For fee applications
8/1/2015 through 8/31/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Sheila Block | Partner | CA | 1974 | 1974 | $1,090 | 9.10 | $9,919.00 |
| Adam Slavens | Associate | CA | 2007 | 2007 | $775 | 163.00 | $126,325.00 |
| | | | | | Total: | 172.10 | $136,244.00 |

## California Region

**Firm** Cooley LLP
Firm Size: 613    Firm Rank 63

Court Name: Virginia Eastern
Case Name: Health Diagnostic Laboratory, Inc.
Case Number: 15-32919-KRH

For fee applications
6/7/2015 through 8/31/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Aarti G. Reddy | Associate | CA | 2010 | 2010 | $655 | 11.20 | $7,336.00 |
| Amanda B. Pacheco | Associate | CA | 2013 | 2013 | $470 | 3.30 | $1,551.00 |
| | | | | | Total: | 14.50 | $8,887.00 |

## West Region

**Firm** Faegre Baker Daniels LLP

Firm Size: 750   Firm Rank: 0

Court Name: Colorado
Case Name: ROBERT D. MORDINI, JR.,
Case Number: 11-15491-ABC

For fee applications
9/1/2013 through 11/18/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Michael K. Bolton | Partner | CO | 2001 | 2001 | $540 | 0.50 | $270.00 |
| Brandan K. Oliver | Associate | CO | 2010 | 2010 | $295 | 3.50 | $1,032.50 |
| | | | | | Total: | 4.00 | $1,302.50 |

**Firm** Greenberg Traurig LLP

Firm Size: 1699   Firm Rank: 9

Court Name: Delaware
Case Name: ATLS Acquisition LLC
Case Number: 13-10262 (PJW)

For fee applications
8/1/2015 through 8/31/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Matthew L. Hinker | Associate | CO | 2010 | 2010 | $635 | 2.30 | $1,460.50 |
| | | | | | Total: | 2.30 | $1,460.50 |

**Firm** O'Melveny & Myers LLP

Firm Size: 1193   Firm Rank: 16

Court Name: Delaware
Case Name: Colt Holding Company
Case Number: 15-11296 (LSS)

For fee applications
8/1/2015 through 9/30/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Robert Blashek | Partner | CO | 1977 | 1977 | $1,075 | 1.50 | $1,612.50 |
| Peter Friedman | Partner | CO | 1998 | 1998 | $935 | 107.00 | $100,045.00 |
| | | | | | Total: | 108.50 | $101,657.50 |

**Firm** Jenner & Block LLP

Firm Size: 433   Firm Rank: 98

Court Name: Alabama Northern
Case Name: Walter Energy Inc
Case Number: 15-02741-TOM11

For fee applications
7/15/2015 through 10/31/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Jarrell A. Cook | Associate | WA | 2014 | 2014 | $460 | 10.00 | $4,600.00 |
| | | | | | Total: | 10.00 | $4,600.00 |

## West Region

**Firm** Akin Gump Strauss Hauer & Feld LLP
Firm Size: 790   Firm Rank 40

Court Name: Delaware
Case Name: Quicksilver Resources Inc
Case Number: 15-10585(LSS)

For fee applications
7/1/2015 through 10/31/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Matthew W. Kinskey | Associate | WA | 2014 | 2014 | $430 | 115.10 | $49,493.00 |
| | | | | | Total: | 115.10 | $49,493.00 |

**Firm** Bracewell & Giuliani LLP
Firm Size: 422   Firm Rank 103

Court Name: Delaware
Case Name: Optim Energy, LLC, et al,
Case Number: 14-10262 (BLS)

For fee applications
2/12/2014 through 10/15/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Nancy Jo Nelson | Partner | WA | 1984 | 1984 | $975 | 28.60 | $27,885.00 |
| Jacqueline Java | Counsel | WA | 2000 | 2000 | $670 | 0.90 | $603.00 |
| Jacqueline Java | Counsel | WA | 2000 | 2000 | $650 | 54.50 | $35,432.63 |
| Sandra Snyder | Associate | WA | 2006 | 2006 | $529 | 106.80 | $56,583.71 |
| Sandra Snyder | Associate | WA | 2006 | 2006 | $520 | 2.30 | $1,196.00 |
| Blake Urban | Associate | WA | 2009 | 2009 | $481 | 5.10 | $2,455.50 |
| Serena Rwejuna | Associate | WA | 2013 | 2013 | $363 | 37.00 | $13,449.87 |
| | | | | | Total: | 235.20 | $137,605.71 |

**Firm** Foley & Lardner LLP
Firm Size: 874   Firm Rank 31

Court Name: Delaware
Case Name: Universal Cooperatives Inc
Case Number: 14-11187 (MFW)

For fee applications
8/1/2015 through 8/31/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Jack G. Haake | Associate | WA | 2011 | 2011 | $315 | 12.40 | $3,906.00 |
| | | | | | Total: | 12.40 | $3,906.00 |

**Firm** Jones Day
Firm Size: 2407   Firm Rank 3

Court Name: Delaware
Case Name: Molycorp, Inc
Case Number: 15-11357 (CSS)

For fee applications
8/1/2015 through 9/30/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Kent L. Killelea | Of Counsel | WA | 1984 | 1984 | $750 | 5.30 | $3,975.00 |
| | | | | | Total: | 5.30 | $3,975.00 |

## California Region

| Title | Professional | Firm | Graduated | Admitted | State | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|---|
| Partner | Kenneth Klee | Klee, Tuchin, Bogdanoff & Stern, LLP | 1975 | 1974 | CA | $1,300 | 0.2 | $260.00 |
| Partner | Mike Beinus | Kirkland & Ellis LLP | 1999 | 1999 | CA | $1,220 | 3.1 | $3,782.00 |
| Partner | Leslie A. Plaskon | Paul Hastings LLP | 1988 | 1988 | CA | $1,150 | 111.1 | $127,765.00 |
| Partner | Sheila Block | Torys LLP | 1974 | 1974 | CA | $1,090 | 9.1 | $9,919.00 |
| Partner | David Stern | Klee, Tuchin, Bogdanoff & Stern, LLP | 1975 | 1975 | CA | $1,080 | 189.5 | $204,660.00 |
| Partner | Lee Bogdanoff | Klee, Tuchin, Bogdanoff & Stern, LLP | 1985 | 1985 | CA | $1,080 | 7.3 | $7,884.00 |
| Partner | Michael Tuchin | Klee, Tuchin, Bogdanoff & Stern, LLP | 1990 | 1990 | CA | $1,080 | 174.2 | $188,136.00 |
| Partner | John W. Spiegel | Munger Tolles & Olson LLC | 1977 | 1977 | CA | $1,065 | 36.3 | $38,659.50 |
| Partner | Thomas B. Walper | Munger Tolles & Olson LLC | 1980 | 1980 | CA | $1,065 | 184.05 | $196,013.25 |
| Partner | Mark E. McKane | Kirkland & Ellis LLP | 1997 | 1997 | CA | $1,025 | 198.5 | $203,462.50 |
| Partner | Nancy L. Abell | Paul Hastings LLP | 1979 | 1979 | CA | $995 | 0.9 | $895.50 |
| Partner | Peter Burke | Paul Hastings LLP | 1996 | 1996 | CA | $975 | 3.9 | $3,802.50 |
| Partner | Stephen D. Cooke | Paul Hastings LLP | 1985 | 1985 | CA | $973 | 0.3 | $292.13 |
| Partner | Stephen D. Rose | Munger Tolles & Olson LLC | 1991 | 1991 | CA | $960 | 29.2 | $28,032.00 |
| Partner | John-Paul Motley | O'Melveny & Myers LLP | 1999 | 1999 | CA | $930 | 6.7 | $6,231.00 |
| Partner | Alan J. Kornfeld | Pachulski Stang Ziehl Young Jones & Weintraub | 1987 | 1987 | CA | $925 | 8.9 | $8,232.50 |
| Of Counsel | Andrew W. Caine | Pachulski Stang Ziehl Young Jones & Weintraub | 1983 | 1983 | CA | $925 | 0.6 | $555.00 |
| Partner | Debra I. Grassgreen | Pachulski Stang Ziehl Young Jones & Weintraub | 1994 | 1991 | CA | $925 | 1.3 | $1,202.50 |
| Of Counsel | Andrew Caine | Pachulski Stang Ziehl Young Jones & Weintraub | 1983 | 1983 | CA | $895 | 0.2 | $179.00 |
| Partner | Jeffrey Pomerantz | Pachulski Stang Ziehl Young Jones & Weintraub | 1989 | 1989 | CA | $895 | 0.9 | $805.50 |
| Partner | Ronald Rus | Brown Rudnick LLP | 1975 | 1975 | CA | $880 | 1.5 | $1,320.00 |
| Partner | Todd J. Rosen | Munger Tolles & Olson LLC | 1999 | 1999 | CA | $875 | 53.2 | $46,550.00 |
| Partner | Christopher Keegan | Kirkland & Ellis LLP | 2002 | 2002 | CA | $855 | 75.5 | $64,552.50 |
| Partner | David Fidler | Klee, Tuchin, Bogdanoff & Stern, LLP | 1998 | 1997 | CA | $850 | 12.7 | $10,795.00 |
| Partner | David J. Barton | Pachulski Stang Ziehl Young Jones & Weintraub | 1981 | 1981 | CA | $850 | 0.3 | $255.00 |
| Partner | David M. Bertenthal | Pachulski Stang Ziehl Young Jones & Weintraub | 1993 | 1989 | CA | $850 | 10 | $8,500.00 |
| Partner | Benjamin Finestone | Quinn Emanuel Urquhart & Sullivan, LLP | 2005 | 2004 | CA | $840 | 11.2 | $9,408.00 |
| Partner | Jay M. Fujitani | Munger Tolles & Olson LLC | 1984 | 1984 | CA | $830 | 92.5 | $76,775.00 |
| Partner | Kevin S. Allred | Munger Tolles & Olson LLC | 1986 | 1986 | CA | $830 | 94.5 | $78,435.00 |
| Associate | Michael Esser | Kirkland & Ellis LLP | 2009 | 2009 | CA | $825 | 213.4 | $176,055.00 |
| Partner | Roman M. Silberfeld | Robins Kaplan LLP | 1995 | 1995 | CA | $810 | 5.7 | $4,617.00 |
| Partner | Seth A. Rafkin | Cooley LLP | 1998 | 1998 | CA | $810 | 0.5 | $405.00 |
| Partner | Howard Weg | Robins Kaplan LLP | 2014 | 2014 | CA | $795 | 60.3 | $47,938.50 |
| Partner | Robert J. Pfister | Klee, Tuchin, Bogdanoff & Stern, LLP | 2001 | 2001 | CA | $795 | 0.2 | $159.00 |
| Partner | Joe R. Hull | Bracewell & Giuliani LLP | 1969 | 1969 | CA | $790 | 0.6 | $474.00 |
| Associate | Adam Slavens | Torys LLP | 2007 | 2007 | CA | $775 | 163 | $126,325.00 |
| Partner | Maxim B. Litvak | Pachulski Stang Ziehl Young Jones & Weintraub | 2001 | 2001 | CA | $775 | 1.7 | $1,317.50 |
| Associate | Janet D. Gertz | Cooley LLP | 2004 | 2004 | CA | $755 | 14.6 | $11,023.00 |
| Counsel | Sarah Hoffner | O'Melveny & Myers LLP | 2004 | 2004 | CA | $755 | 11.2 | $8,456.00 |
| Partner | Seth Goldman | Munger Tolles & Olson LLC | 2002 | 2002 | CA | $750 | 154.7 | $116,025.00 |
| Of Counsel | Shirley S. Cho | Pachulski Stang Ziehl Young Jones & Weintraub | 1997 | 1997 | CA | $750 | 13.1 | $9,825.00 |

## California Region

| Title | Professional | Firm | Graduated | Admitted | State | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|---|
| Counsel | Jeeho Lee | O'Melveny & Myers LLP | 2007 | 2007 | CA | $745 | 5 | $3,725.00 |
| Associate | Katherine Scherling | Quinn Emanuel Urquhart & Sullivan, LLP | 2010 | 2008 | CA | $735 | 211.5 | $155,452.50 |
| Partner | Lauren E. Curry | Brown Rudnick LLP | 2010 | 2010 | CA | $730 | 78.9 | $57,597.00 |
| Partner | Joshua M. Fried | Pachulski Stang Ziehl Young Jones & Weintraub | 2006 | 2006 | CA | $725 | 2.8 | $2,030.00 |
| Associate | Alexander Davis | Kirkland & Ellis LLP | 2012 | 2012 | CA | $710 | 192.6 | $136,746.00 |
| Associate | Justin Sowa | Kirkland & Ellis LLP | 2013 | 2013 | CA | $710 | 199.7 | $141,787.00 |
| Partner | David M. Guess | Klee, Tuchin, Bogdanoff & Stern, LLP | 2005 | 2005 | CA | $695 | 67.3 | $46,773.50 |
| Partner | Randa Osman | Quinn Emanuel Urquhart & Sullivan, LLP | 1990 | 1990 | CA | $695 | 47.2 | $32,804.00 |
| Of Counsel | Bradley R. Schneider | Munger Tolles & Olson LLC | 2004 | 2004 | CA | $680 | 115.1 | $78,268.00 |
| Partner | David B. Shemano | Robins Kaplan LLP | 2014 | 2014 | CA | $675 | 17 | $11,475.00 |
| Partner | Maria Sountas Argiropoulos | Klee, Tuchin, Bogdanoff & Stern, LLP | 2006 | 2006 | CA | $675 | 26.9 | $18,157.50 |
| Partner | Scott F. Gautier | Robins Kaplan LLP | 2014 | 2014 | CA | $675 | 452 | $305,100.00 |
| Of Counsel | Jonathan Kim | Pachulski Stang Ziehl Young Jones & Weintraub | 1995 | 1995 | CA | $665 | 0.8 | $532.00 |
| Associate | Aarti G. Reddy | Cooley LLP | 2010 | 2010 | CA | $655 | 11.2 | $7,336.00 |
| Counsel | Colleen M. Keating | Klee, Tuchin, Bogdanoff & Stern, LLP | 2008 | 2008 | CA | $650 | 111.2 | $72,280.00 |
| Partner | James P. Menton, Jr. | Robins Kaplan LLP | 2014 | 2014 | CA | $650 | 17.4 | $11,310.00 |
| Of Counsel | William L. Ramseyer | Pachulski Stang Ziehl Young Jones & Weintraub | 1980 | 1980 | CA | $650 | 8.9 | $5,785.00 |
| Of Counsel | William Ramseyer | Pachulski Stang Ziehl Young Jones & Weintraub | 1980 | 1980 | CA | $650 | 3.2 | $2,080.00 |
| Associate | Austin Klar | Kirkland & Ellis LLP | 2013 | 2013 | CA | $635 | 35 | $22,225.00 |
| Associate | Clara Lim | Morrison & Foerster LLP | 2012 | 2012 | CA | $635 | 39.8 | $25,273.00 |
| Associate | Emily A. Bussigel | Munger Tolles & Olson LLC | 2010 | 2010 | CA | $635 | 184.8 | $117,348.00 |
| Associate | Sarah Stock | Kirkland & Ellis LLP | 2013 | 2013 | CA | $635 | 121.6 | $77,216.00 |
| Of Counsel | Elissa Wagner | Pachulski Stang Ziehl Young Jones & Weintraub | 2001 | 2000 | CA | $625 | 46.6 | $29,125.00 |
| Partner | Justin D. Yi | Klee, Tuchin, Bogdanoff & Stern, LLP | 2009 | 2009 | CA | $625 | 0.8 | $500.00 |
| Associate | Matthew Bouslog | Gibson Dunn & Crutcher, LLP | 2011 | 2011 | CA | $625 | 5.1 | $3,187.50 |
| Of Counsel | William Ramseyer | Pachulski Stang Ziehl Young Jones & Weintraub | 1980 | 1980 | CA | $625 | 2.4 | $1,500.00 |
| Associate | Sam Greenberg | Munger Tolles & Olson LLC | 2010 | 2010 | CA | $615 | 61.7 | $37,945.50 |
| Associate | Shannon L. Sorrells | Cooley LLP | 2011 | 2011 | CA | $595 | 2.8 | $1,666.00 |
| Associate | Anna Terteryan | Kirkland & Ellis LLP | 2014 | 2014 | CA | $555 | 241.8 | $134,199.00 |
| Associate | James Barolo | Kirkland & Ellis LLP | 2014 | 2014 | CA | $555 | 108.6 | $60,273.00 |
| Associate | Kevin Chang | Kirkland & Ellis LLP | 2014 | 2014 | CA | $555 | 170.8 | $94,794.00 |
| Associate | Daniel C. Tola | Paul Hastings LLP | 2013 | 2013 | CA | $550 | 20.5 | $11,275.00 |
| Partner | Eric S. Pezold | Snell & Wilmer | 2004 | 2004 | CA | $520 | 0.1 | $52.00 |
| Associate | Alex D. Terepka | Munger Tolles & Olson LLC | 2012 | 2012 | CA | $510 | 89.4 | $45,594.00 |
| Associate | Andrea M. Weintraub | Munger Tolles & Olson LLC | 2013 | 2013 | CA | $510 | 68.3 | $34,833.00 |
| Associate | Sara N. Taylor | Munger Tolles & Olson LLC | 2012 | 2012 | CA | $510 | 70.4 | $35,904.00 |
| Associate | Chika Arakawa | Morrison & Foerster LLP | 2013 | 2013 | CA | $495 | 8.3 | $4,108.50 |
| Associate | Kevin Kraft | Paul Hastings LLP | 2014 | 2014 | CA | $495 | 4.8 | $2,376.00 |
| Associate | Jonathan M. Weiss | Klee, Tuchin, Bogdanoff & Stern, LLP | 2012 | 2012 | CA | $475 | 559.7 | $265,857.50 |
| Associate | Amanda B. Pacheco | Cooley LLP | 2013 | 2013 | CA | $470 | 3.3 | $1,551.00 |
| Associate | Cynthia C. Hernandez | Robins Kaplan LLP | 2009 | 2009 | CA | $470 | 397.9 | $187,013.00 |

## California Region

| Title | Professional | Firm | Graduated | Admitted | State | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|---|
| Associate | Joannah Caneda | O'Melveny & Myers LLP | 2015 | 2015 | CA | $460 | 4.9 | $2,254.00 |
| Associate | Lorie A. Ball | Robins Kaplan LLP | 2014 | 2014 | CA | $450 | 568.1 | $255,645.00 |
| Associate | Kathryn T. Zwicker | Klee, Tuchin, Bogdanoff & Stern, LLP | 1986 | 1986 | CA | $440 | 21.9 | $9,636.00 |
| Partner | Amy Churan | Robins Kaplan LLP | 2001 | 2001 | CA | $420 | 18.1 | $7,602.00 |
| Associate | Christopher Martin | O'Melveny & Myers LLP | 2014 | 2014 | CA | $415 | 1.2 | $498.00 |
| Associate | Peter E. Boos | Munger Tolles & Olson LLC | 2014 | 2014 | CA | $395 | 11.4 | $4,503.00 |
| Associate | Sasha M. Gurvitz | Klee, Tuchin, Bogdanoff & Stern, LLP | 2014 | 2014 | CA | $395 | 40.8 | $16,116.00 |
| Counsel | Joseph Zujkowski | O'Melveny & Myers LLP | 2008 | 2008 | CA | $390 | 183.6 | $71,604.00 |

## West Region

| Title | Professional | Firm | Graduated | Admitted | State | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|---|
| Partner | Robert Blashek | O'Melveny & Myers LLP | 1977 | 1977 | CO | $1,075 | 1.5 | $1,612.50 |
| Partner | Peter Friedman | O'Melveny & Myers LLP | 1998 | 1998 | CO | $935 | 107 | $100,045.00 |
| Associate | Matthew L. Hinker | Greenberg Traurig LLP | 2010 | 2010 | CO | $635 | 2.3 | $1,460.50 |
| Partner | Michael K. Bolton | Faegre Baker Daniels LLP | 2001 | 2001 | CO | $540 | 0.5 | $270.00 |
| Associate | Brandan K. Oliver | Faegre Baker Daniels LLP | 2010 | 2010 | CO | $295 | 3.5 | $1,032.50 |
| Partner | Nancy Jo Nelson | Bracewell & Giuliani LLP | 1984 | 1984 | WA | $975 | 28.6 | $27,885.00 |
| Of Counsel | Kent L. Killelea | Jones Day | 1984 | 1984 | WA | $750 | 5.3 | $3,975.00 |
| Counsel | Jacqueline Java | Bracewell & Giuliani LLP | 2000 | 2000 | WA | $670 | 0.9 | $603.00 |
| Counsel | Jacqueline Java | Bracewell & Giuliani LLP | 2000 | 2000 | WA | $650 | 54.5 | $35,432.63 |
| Associate | Sandra Snyder | Bracewell & Giuliani LLP | 2006 | 2006 | WA | $529 | 106.8 | $56,583.71 |
| Associate | Sandra Snyder | Bracewell & Giuliani LLP | 2006 | 2006 | WA | $520 | 2.3 | $1,196.00 |
| Associate | Blake Urban | Bracewell & Giuliani LLP | 2009 | 2009 | WA | $481 | 5.1 | $2,455.50 |
| Associate | Jarrell A. Cook | Jenner & Block LLP | 2014 | 2014 | WA | $460 | 10 | $4,600.00 |
| Associate | Matthew W. Kinskey | Akin Gump Strauss Hauer & Feld LLP | 2014 | 2014 | WA | $430 | 115.1 | $49,493.00 |
| Associate | Serena Rwejuna | Bracewell & Giuliani LLP | 2013 | 2013 | WA | $363 | 37 | $13,449.87 |
| Associate | Jack G. Haake | Foley & Lardner LLP | 2011 | 2011 | WA | $315 | 12.4 | $3,906.00 |