# Exhibit 4

**PATTERSON LAW GROUP, APC**

Cost Report

*Buckeye Tree Lodge, et al. v. Expedia, Inc., et al.*

From inception through February 23, 2021

| Category | Amount |
|---|---:|
| Court Reporters/Videos/Transcripts/Publications | $22,622.22 |
| Meals, Hotels, and Transportation | $39,794.51 |
| Messenger, Express Mail, Postage | $5,170.80 |
| Telephone, Facsimile, Internet | $499.33 |
| Westlaw/LEXIS/Pacer Research | $35,454.37 |
| Expert Fees | $80,246.50 |
| Filing Fees/Process Service | $1,138.00 |
| Mediation | $8,062.50 |
| **TOTAL** | **$192,988.23** |