James R. Patterson, CA Bar No. 211102
Jennifer M. French, CA Bar No. 265422
PATTERSON LAW GROUP
1350 Columbia Street, Suite 603
San Diego, CA 92101
Telephone: (619) 756-6990
Facsimile: (619) 756-6991
jim@pattersonlawgroup.com

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUCKEYE TREE LODGE AND SEQUOIA VILLAGE INN, LLC, a California limited liability company, and 2020 O STREET CORPORATION, INC, D/B/A THE MANSION ON O STREET, individually and on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>EXPEDIA, INC., a Washington corporation; HOTELS.COM, L.P., a Texas limited partnership; HOTELS.COM GP, LLC, a Texas limited liability company; ORBITZ, LLC, a Delaware limited liability company; VENERE NET S.R.L DBA VENERE NET, LLC, an Italian limited liability company; and EXPEDIA AUSTRALIA INVESTMENTS PTY LTD., an Australian private company,<br><br>　　　　Defendants. | Case No. 3:16-CV-04721-VC<br><br>**CLASS ACTION**<br><br>**DECLARATION OF TONY C. RICHA IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF CLASS ACTION SETTLEMENT, ATTORNEY'S FEES, AND INCENTIVE AWARDS**<br><br>Date:　March 25, 2021<br>Time:　2:00 p.m.<br>Ctrm:　4, 17th Floor<br>Judge: Hon. Vince Chhabria |

I, Tony C. Richa, hereby declare;

1. I have been admitted *pro hac vice* in this case and I am admitted to practice in the State of Maryland. I am the Managing Member of Richa Law Group, P.C. in Bethesda, Maryland.

2. I represent Plaintiffs Buckeye Tree Lodge and Sequoia Village Inn, LLC, 2020 O Street Corporation, Inc. D/B/A The Mansion on O Street, Prospect Historic Hotel, and Shiloh Morning Inn, LLC in the above-captioned lawsuit. I submit this declaration in support of Plaintiffs' Unopposed Motion for Approval of Class Action Settlement. The testimony set forth herein is based on first-hand knowledge about which I would and could testify competently in open court if called upon to do so, and on contemporaneously-generated records kept in the ordinary course of law practice by either my firm or other Class Counsel firms.

3. The total number of hours I spent on this litigation is 725.40 hours at the rate of Five Hundred Dollars ($500.00) per hour for a lodestar of $362,700. Tasks completed include, but are not limited to, the following:

| Task | Hours |
|---|---|
| Pre-suit Investigation: Conduct client and witness meetings and interviews; Conduct legal research and analysis of claims; Review client documents; Research Defendants' practices; Perform searches and screen captures of hotels that appear on Defendants' websites; Begin drafting complaint. | 29.95 hours |
| Discovery: Propound and respond to written discovery including document requests, interrogatories, requests for admissions, and deposition notices; prepare witnesses for depositions; defend depositions; review and analyze documents produced by defendants; review and analyze client documents for production to defendants; meet and confer regarding discovery; continue investigation of defendants' ongoing practices with respect to Class Member hotels. | 608.9 hours |

| | |
|---|---|
| Motion Practice/Pleadings/Research: Assisted with the drafting, review, and revision of discovery motion papers including motions to dismiss, motions to strike, motions for class certification, oppositions, motions for summary judgment, injunction, and amended and consolidated complaints as well as memorandums in support of motions. | 35.5 hours |
| Expert Witnesses: Research and interview potential experts; work with experts to develop analyses and reports. | 1.6 hours |
| Mediation / Settlement: Participate in Court-ordered ADR program; participate in ongoing settlement negotiations and strategies; prepare for and attend mediations with private mediator at JAMS; prepare for and attend Court-ordered settlement conference; drafting injunction. | 39.6 hours |
| Case Management: Meet and confer with co-counsel and opposing counsel over various management and scheduling issues; conference calls; develop case strategy. | 9.85 hours |

4.  My current rates are appropriate in light of prevailing rates for similar legal services provided by lawyers of reasonably comparable skill, experience, and reputation. The time reflected in my firm's time report was time actually spent, in the exercise of reasonable judgment. I was careful not to expend any unnecessary hours and not duplicate the work of others.

1
2
3   I declare under penalty of perjury under the laws of the United States of America and the
4   State of California that the foregoing is true and correct to the best of my knowledge.
5
6   Executed this 24th day of February 2021, in Bethesda, Maryland.
7
8
9                                   Tony C. Richa, Esquire (*pro hac vice*)
10                                  Richa Law Group, P.C.
                                    4800 Hampden Avenue, Suite 200
11                                  Bethesda, Maryland 20814
                                    Telephone:  301.424.0222
12                                  Fax:  301.576.8600
                                    E-mail:  richa@richalawgroup.com
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28