James R. Patterson, CA State Bar No. 211102
Jennifer M. French, CA State Bar No. 265422
PATTERSON LAW GROUP, APC
1350 Columbia Street, Suite 603
San Diego, CA 92101
Telephone:  (619) 756-6990
Facsimile:  (619) 756-6991
jim@pattersonlawgroup.com
jenn@pattersonlawgroup.com

*Attorneys for Plaintiffs and the Class*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUCKEYE TREE LODGE AND SEQUOIA VILLAGE INN, LLC, a California limited liability company, 2020 O STREET CORPORATION, INC, D/B/A THE MANSION ON O STREET, PROSPECT HISTORIC HOTEL, and SHILOH MORNING INN, LLC, a Oklahoma limited liability company, individually and on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>vs.<br><br>EXPEDIA, INC., a Washington corporation; HOTELS.COM, L.P., a Texas limited partnership; HOTELS.COM GP, LLC, a Texas limited liability company; ORBITZ, LLC, a Delaware limited liability company,<br><br>         Defendants. | Case No. 3:16-cv-04721-VC<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR APPROVAL OF CLASS ACTION SETTLEMENT, ATTORNEY'S FEES AND COSTS, AND INCENTIVE AWARDS**<br><br>Date:        March 25, 2021<br>Time:        2:00 p.m.<br>Courtroom: 4, 17th Floor<br>Judge:       Hon. Vince Chhabria |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on March 25, 2021, at 2:00 p.m., or as soon thereafter as counsel may be heard in Courtroom 4 of the United States District Court for the Northern District of California, San Francisco Division, that Plaintiffs Buckeye Tree Lodge and Sequoia Village Inn, LLC, 2020 O Street Corporation, Inc. D/B/A The Mansion on O Street, Prospect Historic Hotel, and Shiloh Morning Inn, LLC will and do hereby move the Court for an order approving the parties' settlement agreement, appointing Plaintiffs as Class Representatives and Plaintiffs' Attorneys as Class Counsel, and affirm the requested Attorney's Fees and Costs and Incentive Awards. Settlement approval is warranted because the settlement is fair, adequate, and reasonable; provides an excellent benefit to the Class and the public; and each of the applicable factors weigh in favor of approval.

This unopposed motion is based on this notice; the accompanying memorandum of points and authorities; the accompanying Declarations of James R. Patterson, Charles J. LaDuca, Tony Richa, David Pfau, Ted Spero, Dennis Villavicencio, and Fred Wickman, with all attached exhibits; all pleadings, papers, and other documentary materials in the Court's file for this action; those matters of which this Court may or must take judicial notice; and such other matters as this Court may consider.

Dated:  February 25, 2021                                     PATTERSON LAW GROUP APC

By: */s/ Jennifer M. French*

James R. Patterson, CA Bar No. 211102
Jennifer M. French, CA Bar No. 265422
PATTERSON LAW GROUP APC
1350 Columbia Street, Suite 603
San Diego, CA 92101
Telephone:  (619) 756-6990
Facsimile:   (619) 756-6991
jim@pattersonlawgroup.com
jenn@pattersonlawgroup.com

Charles J. LaDuca (*pro hac vice*)
Joel Davidow (*pro hac vice*)
Alexandra C. Warren (*pro hac vice*)
CUNEO GILBERT & LaDUCA, LLP
4725 Wisconsin Avenue, NW, Ste. 200
Washington, DC 20016
Telephone: 202-789-3960
Facsimile: 202-589-1813

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

charles@cuneolaw.com
joel@cuneolaw.com
awarren@cuneolaw.com

Pierce Gore (SB 128515)
Pratt & Associates
1871 The Alameda, Suite 425
San Jose, CA  95126
pgore@prattattorneys.com

Tony C. Richa (*pro hac vice*)
Richa Law Group, P.C.
One Bethesda Center
4800 Hampden Lane, Ste 200
Bethesda, MD 20814
Telephone: 301-424-0222
Facsimile: 301-576-8600
richa@richalawgroup.com

*Attorneys for Plaintiffs and the Class*