UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUCKEYE TREE LODGE AND SEQUOIA VILLAGE INN, LLC, et al.,<br><br>Plaintiff,<br><br>v.<br><br>EXPEDIA, INC., et al.,<br><br>Defendant. | 16-cv-04721-VC<br><br>**JUDGMENT** |

The Court, having granted approval of the class-action settlement, now enters judgment in accordance with the order at Dkt. No. 251. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: April 9, 2021

VINCE CHHABRIA
United States District Judge